IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:22CR219-1
:
TREVION DEMOND SCOTT :

The Grand Jury charges:

COUNT ONE

From on or about April 1, 2021, continuing up to and including on or about July 29, 2021, the exact dates unknown, in the County of Montgomery, in the Middle District of North Carolina, TREVION DEMOND SCOTT, not being a licensed manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT TWO

On or about July 29, 2021, in the County of Montgomery, in the Middle District of North Carolina, TREVION DEMOND SCOTT knowingly possessed a firearm within the meaning of Title 26, United States Code, Section 5845(a), to wit: a Mossberg 12 gauge shotgun, having a barrel of less than 18 inches in length, which had not been registered to him in the National Firearms

Registration and Transfer Record as required by Title 26, United States Code, Section 5841; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## FORFEITURE ALLEGATION

1.  The factual allegations contained in the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 49, United States Code, Section 80303, and Title 26, United States Code, Section 5872(a).

2.  Upon conviction of the offense alleged in Count One of the Indictment, the defendant, TREVION DEMOND SCOTT, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearms involved in or used in, or intended to be used in, the commission of the offense.

3.  Upon conviction of the offense alleged in Count Two of the Indictment, the defendant, TREVION DEMOND SCOTT, shall forfeit to the United States, pursuant to Title 49, United States Code, Section 80303 and Title 26, United States Code, Section 5872(a), all right, title and interest in and to any firearms and ammunition involved our used in the commission of the offense.

2

4. The property subject to forfeiture pursuant to paragraphs 2 and 3 above may include, but shall not be limited to, the following:

    a. Anderson Manufacturing, model AM-15, multi-caliber pistol, bearing serial number 20343416; and

    b. Mossberg, model 835, 12 gauge caliber shotgun, bearing serial number UM399765.

5. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendant cannot be located upon the exercise of due diligence, has been transferred or sold to or deposited with a third person, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

3

Case 1:22-cr-00219-LCB   Document 1   Filed 07/25/22   Page 3 of 4

All in accordance with Title 18, United States Code, Section 924(d), Title 49, United States Code, Section 80303, Title 26, United States Code, Section 5872(a), Title 21, United States Code, Section 853, Rule 32.2(a), Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: July 25, 2022

SANDRA J. HAIRSTON
United States Attorney

*[signature]*

BY: CRAIG M. PRINCIPE
Assistant United States Attorney

A TRUE BILL:

███████████████████████

FOREPERSON